1  AARON D. FORD
   Attorney General
2  MEREDITH N. BERESFORD, Bar No. 13308
   Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, NV  89701-4717
5  Tel:  (775) 684-1120
   E-mail: mberesford@ag.nv.gov
6

7  *Attorneys for Defendant*

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10  ROBERT LECLAIR,

11          Plaintiff,

12  vs.

13  MEZA, et al.,

14          Defendants.

Case No.  3:19-cv-00578-JAD-CLB

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

ECF Nos. 1, 5

15      IT IS HEREBY STIPULATE between Robert LeClair and Defendants, by and through counsel,

16  Aaron D. Ford, Attorney General of the State of Nevada, and Meredith N. Beresford, Deputy Attorney

17  General, based upon the agreement to settle between the parties, that the above captioned action should

18  be dismissed with prejudice by Order of this Court with each party to bear his own costs.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

1    This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement

2  between parties with each party to bear their own costs.

3  DATED this ___6___ day of __Dec__, 2020   DATED this _14th_ day of _Dec._, 2020

4                                                    AARON D. FORD

5                                                    Attorney General

6

7  By: _____       By: _____

8  ROBERT LECLAIR                      MEREDITH N. BERESFORD, Bar No. 13308
   *Plaintiff*                          Deputy Attorney General

9                                      *Attorneys for Defendant*

10

11

12

13                                    **ORDER**

14    Based on the parties' stipulation **[ECF No. 5]** and good cause appearing, IT IS

   HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to
15
   bear its own fees and costs.  The Motion for Leave to Proceed in forma pauperis **[ECF No.**
16  **1] is DENIED** as moot.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

17

18  _____
   U.S. District Judge Jennifer A. Dorsey
19  Dated: December 15, 2020

20

21

22

23

24

25

26

27

28

2